IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENISE W.,

                Plaintiff,

    v.

ANDREW M. SAUL, Commissioner of Social
Security,

                Defendant.

Case No. 2:18-cv-01529-SB

**ORDER AWARDING EAJA
ATTORNEY FEES**

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, it is hereby

ORDERED that EAJA attorney's fees of $6,138.79 shall be awarded to Plaintiff. Attorney fees

will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which

qualifies for offset against the awarded fees under the Treasury Offset Program, as discussed in

*Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and

mailed to Plaintiff's attorney's office as follows: Brian Scott Wayson, P.O. Box 12028, Portland,

OR 97212. If Plaintiff has such a debt, then the check for any remaining funds after offset of the

debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 6th day of February, 2020.

STACIE F. BECKERMAN
United States Magistrate Judge