IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DENISE WILLIAMS,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No. 2:18-cv-01529-SB

ORDER AWARDING ATTORNEY FEES
PURSUANT TO 42 USC 406(b)

SUBMITTED BY: Brian Scott Wayson
OSB # 041147
(503) 891-8376
Attorney for Williams

Pursuant to 42 USC 406(b) it is hereby ordered that attorney's fees of $7,247.96 shall be awarded to Plaintiff's counsel. The attorney fee of $6,138.79 allowed pursuant to the Equal Access to Justice Act already has been deducted from the gross fee amount contemplated by 42 USC 406(b). The check for the net 42 USC 406(b) fees shall be made payable to Brian Scott Wayson. Any check for 42 USC 406(b) fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

IT IS SO ORDERED.

DATED this 10th day of September, 2021.

_____
The Hon. Stacie F. Beckerman
United States Magistrate Judge

ORDER AWARDING 406(b) ATTORNEY FEES
2:18-cv-01529-SB